LAURENCE C. MUENTZ v. DAVID S. GEMMELL.

May 28, 1987.

Petition for certification granted.

RALPH CLYBURN v. LIBERTY MUTUAL INSURANCE CO. AND NORTH RIVER INSURANCE COMPANY.

May 28, 1987.

Petition for certification denied.

IN THE MATTER OF ANTHONY AND KEARNEY SCIOSCIA.

May 28, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 644)

MICHAEL SNEDEKER v. JACK C. SNEDEKER.

May 28, 1987.

Petition for certification denied.